METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK and Others v. JAMES C. BISHOP and Others, and ABIGAIL HANCOCK BISHOP.— Motion denied,

with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of PETER ROLLAR for a Peremptory Mandamus Order to Be Directed to GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York.— Motion denied, with ten· dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.